IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00784–CMA–KMT

CESAR ANTONIO SALAS, and
JUANA SALAS DURON,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendants' "Notice in Response to Minute Order (Dkt. No. 23)" (Doc. No. 24, filed Sept. 21, 2011), Plaintiffs' "Unopposed Motion for Leave to File Amended Complaint" (Doc. No. 21, filed Sept. 15, 2011) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiffs' "Second Amended Complaint" (Doc. No. 25, filed Sept. 21, 2011) is accepted as filed.

Dated: September 22, 2011