IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00784–CMA–KMT

CESAR ANTONIO SALAS, and
JUANA SALAS DURON,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Motion for Order Approving Issuance of Amended Summons" (Doc. No. 33, filed Oct. 16, 2011) is GRANTED. The Clerk of Court shall issue the Amended Summons in the form submitted by Plaintiffs (Doc. No. 33-2).

Dated: October 18, 2011