# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 11-cv-00784-CMA-KMT         FTR - Courtroom C-201

**Date:**  November 22, 2011                    Deputy Clerk, Nick Richards

CESAR ANTONIO SALAS, and                        Miguel Ramon Velasco
JUANA SALAS DURON,

       Plaintiff(s),

v.

UNITED STATES OF AMERICA,                       Timothy Bart Jafek

       Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

### SCHEDULING CONFERENCE
**Court in Session: 9:12 a.m.**
Court calls the case. Appearances of counsel.  Levin Martinez is also present with Mr. Velasco.

It is **ORDERED**:  Defendant's Unopposed Motion to Stay Discovery [Doc. No. 40, filed November 21, 2011] is **GRANTED**.  Discovery is **STAYED** until a ruling is made on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6) [Doc. No. 39, filed November 21, 2011].

It is **ORDERED**:  A Status Report will due on or before May 22, 2012, or within 5 days after a ruling on the motion to dismiss.  If any portion of the case should survive, a Revised Scheduling Order will be submitted by the parties.

A Scheduling Order will not be entered by the court at this time.


Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 9:15 a.m.**
Total In-Court Time:   00:03        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.