**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00784-CMA-KMT

CESAR ANTONIO SALAS, AND
JUANA SALAS DURON

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      The Government's " Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Fed.R.Civ.P. 12 (b)(1) and 12 (b) (6) [39] is granted.

      Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within ten days of the entry of judgment. However, each party shall bear its own attorneys' fees.

      Dated at Denver, Colorado this 20th day of September, 2012.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                By: s/Sandra Hartmann

                                                Sandra Hartmann
                                                Deputy Clerk